

1  David W. Lively (State Bar No. 83642)
   Jennifer S. Coleman (State Bar No. 213210)
2  HOPKINS & CARLEY
   A Law Corporation
3  The Letitia Building
   70 S. First Street
4  San Jose, CA 95113-2406

   **The following constitutes**
   **the order of the court. Signed October 22, 2010**

   _Stephen Johnson_
   _____
   **Stephen L. Johnson**
   **U.S. Bankruptcy Judge**

5  *mailing address:*
   P.O. Box 1469
6  San Jose, CA 95109-1469
   Telephone:     (408) 286-9800
7  Facsimile:     (408) 998-4790

8  Attorneys for Creditor John Dariano, Trustee of the
   John Dariano 1992 Trust, Dated November 12, 1992

9              UNITED STATES BANKRUPTCY COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 In re                                              CASE NO.  10-55627 SLJ

12     James M. Liquori Dba Signature             CHAPTER 7
       Properties,

13                                                  **Adversary Proceeding No. 10-05236**
            Debtor.

14
   ─────────────────────────────────

15 JOHN DARIANO, TRUSTEE OF THE
   JOHN DARIANO 1992 TRUST,                      **JUDGMENT PURSUANT TO**
16 DATED NOVEMBER 12, 1992,                      **STIPULATION**

17            Plaintiff,

18       v.

19 JAMES M. LIQUORI DBA
   SIGNATURE PROPERTIES,

20            Defendant.

21 ─────────────────────────────────

22

23         IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to stipulation,

24 Plaintiff John Dariano, Trustee of the John Dariano 1992 Trust, Dated November 12, 1992, has a

25 final judgment for damages against Defendant and Debtor James M. Liquori, dba Signature

26 Properties in the amount of $80,000, plus interest at the legal rate beginning on May 15, 2009, and

27 that, under 11 U.S.C. §523(a), this judgment is excepted from the discharge of Defendant and

28 Debtor James M. Liquori, dba Signature Properties pursuant to 11 U.S.C. §§ 523(a)(2)(A) (For

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

626\711568.1

JUDGMENT PURSUANT TO STIPULATION

Case: 10-05236    Doc# 17    Filed: 10/22/10    Entered: 10/22/10 14:38:10    Page 1 of 3

1 | Money Obtained by False Pretenses, False representation and Actual Fraud), 523(a)(2)(B) (For

2 | Use of False Statement in Writing), 523(a)(4) (Fraud or Defalcation While Acting as a Fiduciary),

3 | 523(a)(4) (Embezzlement) and Constructive and Actual Fraud.

5 | ***END OF ORDER***

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

626\711568.1

- 2 -

JUDGMENT PURSUANT TO STIPULATION

Label Matrix for local noticing
0971-5
Case 10-05236
Northern District of California
San Jose
Tue Oct 19 08:59:13 PDT 2010

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Attn: Special Procedures
P.O. Box 2952
Sacramento, CA 95812-2952

Jennifer S. Coleman
Hopkins and Carley
The Letitia Bldg
70 S 1st St.
San Jose, CA 95113-2406

James M Liquori
1190 S. Bascom Ave. #129
San Jose, CA 95128-3512

David W. Lively
Hopkins and Carley
The Letitia Bldg.
70 S. First Street
San Jose, CA 95113-2406

Secretary of The Treasury
15th and Pennsylvania Ave. NW
Washington, DC 20220-0001

State Board of Equalization
Attn: Special Procedures Section, MIC:55
P.O. Box 942879
Sacramento, CA 94279-0001

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)John Dariano, Trustee of the John Dariano

(u)Stephen L. Johnson
San Jose

End of Label Matrix
Mailable recipients    8
Bypassed recipients    2
Total    10